### J. M. Johns v. The State.

No. 8865. Delivered April 15, 1925.

**Transporting Intoxicating Liquor—Evidence Held Sufficient.**

The statement of facts discloses that the evidence was ample to sustain the conviction. But one bill of exception appears in the record, and as qualified, presents no matter for review, the judgement is therefore affirmed.

Appeal from the District Court of Floyd County. Tried below before the Hon. R. C. Joiner, Judge.

Appeal from a conviction of transporting intoxicating liquor; penalty, one year in the penitentiary.

*L. G. Mathews & W. W. Kirk,* for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the district court of Floyd county of transporting intoxicating liquor, and his punishment fixed at one year in the penitentiary.

The statement of facts shows practically without dispute, save by appellant himself, the transportation of intoxicating liquor by appellant that justifies the judgment of conviction. There is but one bill of exceptions which, under the qualification appended thereto by the trial judge without objection, shows no error. The judgment will be affirmed.

*Affirmed.*